CARMEN PLAZA DE JENNINGS (SBN 091742)
cpdjennings@hkemploymentlaw.com
JAYNE BENZ CHIPMAN (SBN 140048)
jchipman@hkemploymentlaw.com
IAN W. FORGIE (SBN 307721)
iforgie@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
505 Montgomery Street 13th Floor
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
COUNTY OF NAPA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE MICHELUCCI,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF NAPA; JOSEPH FALLON; BRANDON KEMP; LENARD VARE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:18-cv-05144-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

**IT IS HEREBY STIPULATED** by and between Plaintiff DANTE MICHELUCCI ("Plaintiff"), and Defendant COUNTY OF NAPA ("Defendant Napa") (collectively, the "Parties") that the dates set forth in the Court's September 6, 2018 Notice Setting Case Management Conference for Reassigned Civil Case be continued. The Parties stipulate and request the continuance because Plaintiff filed a First Amended Complaint on October 23, 2018, and Defendant Napa intends to file a Rule 12 motion by November 6, 2018, which will not be heard prior to the presently scheduled November 20, 2018 Case Management Conference.

The Parties agree that they would mutually benefit by continuing the Initial Case Management Conference (November 20, 2018), the related Rule 26(f) and ADR obligations and

filings, and the Joint Case Management Conference Statement, until a reasonable time after the Court's decision on Defendant Napa's Rule 12 motion.

Dated: October 29, 2018         HIRSCHFELD KRAEMER LLP


By:  /s/ Carmen Plaza de Jennings
   Carmen Plaza de Jennings
   Jayne Benz Chipman
   Ian W. Forgie

Attorneys for Defendant
COUNTY OF NAPA

Dated: October 29, 2018         BROWN POORE LLP


By:  /s/ David M. Poore
   David M. Poore

Attorneys for Plaintiff
DANTE MICHELUCCI

**ORDER**

IT IS SO ORDERED.

DATED: _____October 30__, 2018   _Haywood S. Gilliam Jr._
                                  Hon. Haywood S. Gilliam, Jr.