David Poore Turner
SBN 192541
Brown | Poore LLP
1350 Treat Blvd,, Suite 420
Walnut Creek, California 94597
(925) 943-1166
dpoore@bplegalgroup.com

Attorneys for Plaintiff
DANTE MICHELUCCI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE MICHELUCCI, | No. 4:18-cv-05144-HSG |
| Plaintiff, | **URGENT STIPULATED REQUEST TO ADJUST BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT** |
| v. | |
| COUNTY OF NAPA, et al., | |
| Defendant. | |

Plaintiff Dante Michelucci and Defendant County of Napa (collectively, the "Parties") present the following stipulation seeking an adjustment of the current briefing schedule on Defendant County of Napa's Motion to Dismiss the First Amended Complaint, which is currently set for hearing on February 21, 2019.

The parties agree that there exists good cause to adjust the opposition and reply dates for the pending motion.

In late-October 2018, Plaintiff's Counsel was hospitalized at the San Francisco VA Medical Center for a period of six days. After discharge, Plaintiff's Counsel began suffering from significant complications. The complications resulted in transport to VA Medical Center's ER last Friday, November 16, 2018. Plaintiff's Counsel was given a series of blood and other tests, which should be completed this week. Plaintiff's Counsel's condition is worsening, and, as a result, he is presently at the VA Medical Center for additional testing. The medical providers that treated Plaintiff's Counsel

1

have instructed that he not engage in any activity, including work activity, for a period of one to three weeks.

As a result of these recent medical complications, Plaintiff's Counsel requests additional time to finalize the opposition. The parties would propose the following modification to the briefing schedule:

- ➢ Opposition Due Date: November 30, 2018
- ➢ Reply Brief Due Date: December 14, 2018
- ➢ Hearing Date: Remains the Same

No party would suffer any prejudice if this request were granted, and this request is not being made for the purposes of delay, or the disruption of judicial economy.

SO STIPULATED.

Dated: November 19, 2018          BROWN | POORE LLP

By:          //s//David Poore Turner
David Poore Turner
Attorneys for Plaintiff Dante Michelucci

Dated: November 19, 2018          HIRSCHFELD KRAEMER LLP

By:          //s//Carmen Plaza De Jennings
Carmen Plaza De Jennings
Attorneys for Defendant County of Napa

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

Dated: November 19, 2018          Respectfully Submitted,

By: *____//s//David Poore Turner*

**[PROPOSED] ORDER**

GOOD CAUSE SHOWING, the Stipulation is GRANTED.

IT IS HEREBY ORDERED that the briefing schedule is adjusted for Defendant's Motion to Dismiss the Amended Complaint. The new briefing schedule for the Opposition and Reply briefs shall be due on the following dates: Opposition Due Date: November 30, 2018; Reply Due Date: December 14, 2018. The hearing date remains the same.

SO ORDERED.

Dated: November 20, 2018

*Haywood S. Gilliam Jr.*

UNITED STATES DISTRICT COURT