David Poore Turner
SBN 192541
Brown | Poore LLP
1350 Treat Blvd,, Suite 420
Walnut Creek, California 94597
(925) 943-1166
dpoore@bplegalgroup.com

Attorneys for Plaintiff
DANTE MICHELUCCI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE MICHELUCCI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF NAPA, et al.,<br><br>　　　　Defendant. | No. 4:18-cv-05144-HSG<br><br>**URGENT STIPULATED SECOND REQUEST TO ADJUST BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

　　　　Plaintiff Dante Michelucci and Defendant County of Napa (collectively, the "Parties") present the following second stipulation seeking an adjustment of the current briefing schedule on Defendant County of Napa's Motion to Dismiss the First Amended Complaint, which is currently set for hearing on February 21, 2019.

　　　　The parties agree that there exists good cause to adjust the opposition and reply dates for the pending motion. As the parties advised the Court at the last stipulation, Plaintiff's Counsel was hospitalized at the San Francisco Veterans Administration ("VA") hospital in late-October, which later resulted in significant complications during the first few weeks of November. Upon the parties' stipulation, the Court adjusted the briefing schedule. (Doc. No. 31)

　　　　On Monday, November 26, 2018, Plaintiff's Counsel was re-admitted back to the VA emergency room due to further complications, which resulted in Plaintiff's Counsel's admission to the VA hospital that same day. Plaintiff's Counsel is currently undergoing aggressive treatment at

the VA, and Plaintiff's Counsel's medical providers have advised him that he will discharged to home within the next few days.

As Plaintiff's response/opposition to the motion to dismiss is due on Friday, November 30, 2018, the parties stipulate and agree to the following adjustment to the current briefing schedule:

- ➢ Opposition Due Date: December 21, 2018
- ➢ Reply Brief Due Date: January 4, 2019
- ➢ Hearing Date: Remains the Same on February 21, 2019

No party would suffer any prejudice if this request were granted, and this request is not being made for the purposes of delay, or the disruption of judicial economy.

SO STIPULATED.

Dated: November 28, 2018        BROWN | POORE LLP

                                By:       //s//David Poore Turner
                                          David Poore Turner
                                          Attorneys for Plaintiff Dante Michelucci

Dated: November 28, 2018        HIRSCHFELD KRAEMER LLP

                                By:       //s//Carmen Plaza De Jennings
                                          Carmen Plaza De Jennings
                                          Attorneys for Defendant County of Napa

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

Dated: November 28, 2018        Respectfully Submitted,

                                By:   *//s//David Poore Turner*

**[PROPOSED] ORDER**

GOOD CAUSE SHOWING, the Stipulation is GRANTED.

IT IS HEREBY ORDERED that the briefing schedule is adjusted for Defendant's Motion to Dismiss the Amended Complaint. The new briefing schedule for the Opposition and Reply briefs shall be due on the following dates: Opposition Due Date: December 21, 2018; Reply Due Date: January 4, 2019. The hearing date remains the same.

SO ORDERED.

Dated: November 29, 2018

*Haywood S. Gill Jr.*

UNITED STATES DISTRICT COURT