JOHN F. BAUM (SBN 148366)
jbaum@hkemploymentlaw.com
IAN W. FORGIE (SBN 307721)
iforgie@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
505 Montgomery Street 13th Floor
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
COUNTY OF NAPA

DAVID POORE TURNER (SBN 192541)
dpoore@bplegalgroup.com
BROWN | POORE LLP
1350 Treat Boulevard, Suite 420
Walnut Creek, CA 94597
Telephone: (925) 943-1166
Facsimile: (925) 955-8600

JAMES MILLS (SBN 203783)
james@jamesmillslaw.com
LAW OFFICE OF JAMES MILLS
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 521-8748
Facsimile: (510) 277-1413

Attorneys for Plaintiff
DANTE MICHELUCCI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE MICHELUCCI,<br><br>          Plaintiff,<br><br>vs.<br><br>COUNTY OF NAPA; JOSEPH FALLON; BRANDON KEMP; LENARD VARE; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 4:18-cv-05144-HSG<br><br>**JOINT STIPULATION AND ORDER REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**First Amended Complaint Filed:**<br>          October 23, 2018 |

1  **WHEREAS** Defendant County of Napa moved to dismiss the Second, Third, Fourth, and
2  Fifth Causes of Action alleged in Plaintiff Dante Michelucci's First Amended Complaint on the
3  ground that the Charge (the "Original Charge") Plaintiff filed with California's Department of
4  Fair Employment & Housing (the "DFEH") was insufficiently specific to exhaust his
5  administrative remedies before the DFEH;

6  **WHEREAS** Plaintiff filed an amended Charge (the "Amended Charge") with the DFEH
7  on January 8, 2019, after briefing regarding Defendant's Motion to Dismiss Plaintiff's First
8  Amended Complaint had closed; and

9  **WHEREAS** the Parties agree that Plaintiff's Amended Charge satisfies Plaintiff's
10 obligation to exhaust his administrative remedies before the DFEH with regard to the Second,
11 Third, Fourth, and Fifth Causes of Action alleged in his First Amended Complaint.

12 **THEREFORE IT IS STIPULATED**, by and between the Parties, that Defendant
13 withdraws that portion of its Motion to Dismiss Plaintiff's First Amended Complaint that sought
14 dismissal of the Second, Third, Fourth, and Fifth Causes of Action on the ground that Plaintiff
15 failed to exhaust his administrative remedies before the DFEH.

Dated: February 19, 2019                                        HIRSCHFELD KRAEMER LLP

                                                                By: */s/ Ian W. Forgie*
                                                                    John F. Baum
                                                                    Ian W. Forgie
                                                                Attorneys for Defendant
                                                                COUNTY OF NAPA

Dated: February 19, 2019                                        BROWN | POORE LLP

                                                                By: */s/ David Poore Turner*
                                                                    David Poore Turner
                                                                Attorneys for Plaintiff
                                                                DANTE MICHELUCCI

2
STIPULATION AND ORDER RE MOTION TO DISMISS
CASE NO. 4:18-CV-05144-HSG

## ORDER

GOOD CAUSE SHOWING, the Stipulation is APPROVED.

IT IS HEREBY ORDERED that that portion of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint which seeks dismissal of Plaintiff's Second, Third, Fourth, and Fifth Causes of Action for failure to exhaust administrative remedies before the DFEH is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
Hon. Haywood S. Gilliam, Jr.