James Mills, SBN 203783
LAW OFFICE OF JAMES MILLS
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone:    (510) 521-8748
Facsimile:    (510 277-1413
E-mail:       james@jamesmillslaw.com

David Poore Turner, SBN 192541
BROWN | POORE LLP
1350 Treat Blvd., Suite 420
Walnut Creek, California 94597
Telephone:    (925) 943-1166
Facsimile:    (925) 955-8600
E-mail:       dpoore@bplegalgroup.com

Attorneys for Plaintiff
DANTE MICHELUCCI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE MICHELUCCI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF NAPA, et al.<br><br>　　　　Defendants. | **Case No.  4:18-cv-05144-HSG**<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; ORDER** |

TO THE HONORABLE COURT:

Plaintiff DANTE MICHELUCCI hereby requests that his counsel, James Mills, be permitted to attend telephonically at the case management conference scheduled for February 21, 2019 at 2:00 p.m. Lead counsel for plaintiff, David Poore, will appear in person for the hearing on defendants' Motion to Dismiss, scheduled to be held concurrently.

Dated: February 20, 2019

By: /s/ James Mills
JAMES MILLS
LAW OFFICE OF JAMES MILLS
Attorneys for Plaintiff

### ORDER

GOOD CAUSE SHOWING,

IT IS HEREBY ORDERED that James Mills, counsel for plaintiff DANTE MICHELLUCI, is permitted to appear by telephone at the case management conference, scheduled for February 21 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT SO ORDERED

Dated: February 21, 2019

Hon. Haywood S. Gilliam, Jr.