David Poore Turner
SBN 192541
Brown | Poore LLP
1350 Treat Blvd,, Suite 420
Walnut Creek, California 94597
(925) 943-1166
dpoore@bplegalgroup.com

James Mills, SBN 203783
LAW OFFICES OF JAMES MILLS
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone:	(510) 521-8748
Facsimile:	(510) 277-1413
james@jamesmillslaw.com

Attorneys for Plaintiff
DANTE MICHELUCCI

JOHN F. BAUM (SBN 148366)
jbaum@hkemploymentlaw.com
IAN W. FORGIE (SBN 307721)
iforgie@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
505 Montgomery Street 13th Floor
San Francisco, CA  94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443

Attorneys for Defendant
COUNTY OF NAPA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE MICHELUCCI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF NAPA, et al.,<br><br>　　　　　Defendant. | No. 4:18-cv-05144-HSG<br><br>**STIPULATION FOR THE SELECTION OF ALTERNATIVE DISPUTE RESOLUTION ("ADR")** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Plaintiff Dante Michelucci and Defendant County of Napa (collectively, the "Parties") present the following stipulation and proposed order regarding the selection of Alternative Dispute Resolution ("ADR"). |

The parties select Private Mediation.

The parties intend on completing private mediation within the next 120 days.

SO STIPULATED.

Dated: February 28, 2019                BROWN | POORE LLP

By: _____//s//David Poore Turner_____
David Poore Turner
Attorneys for Plaintiff Dante Michelucci

Dated: February 28, 2019                HIRSCHFELD KRAEMER LLP

By: _____//s//Ian Forgie_____
Ian Forgie
Attorneys for Defendant County of Napa

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

Dated: February 28, 2019                Respectfully Submitted,

By: _____*//s//David Poore Turner*_____

**[PROPOSED] ORDER**

GOOD CAUSE SHOWING, the Stipulation is APPROVED.

IT IS SO ORDERED.

Dated: 3/4/2019

_/s/ Haywood S. Gilliam, Jr._
Hon. Haywood S. Gilliam, Jr.