David Poore Turner
SBN 192541
Brown | Poore LLP
1350 Treat Blvd,, Suite 420
Walnut Creek, California 94597
(925) 943-1166
dpoore@bplegalgroup.com

Attorneys for Plaintiff
DANTE MICHELUCCI

JOHN F. BAUM (SBN 148366)
jbaum@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
505 Montgomery Street 13th Floor
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
COUNTY OF NAPA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE MICHELUCCI,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF NAPA, et al.,<br><br>    Defendant. | No. 4:18-cv-05144-HSG<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between Plaintiff DANTE MICHELUCCI by and through his attorney David Poore Turner, and Defendants COUNTY OF NAPA, by and through its attorney John Baum, that the above-captioned action be dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a). The parties are responsible for their own costs and attorney's fees. |

IT IS SO STIPULATED.

Dated: August 1, 2019

/s/ John Baum
JOHN BAUM, ESQ.
Attorneys for Defendant

Dated: August 1, 2019

/s/ David M. Poore
DAVID POORE TURNER, ESQ.
BROWN POORE LLP
Attorneys for Plaintiff

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

DATED: August 1, 2019

Respectfully submitted,

By: //s// David Poore Turner

David Poore Turner

Attorney for Plaintiff

## ORDER

GOOD CAUSE SHOWING, the Stipulation is GRANTED.

IT IS HEREBY ORDERED that this entire action is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

SO ORDERED. Dated:

August 6, 2019

*Haywood S. Gill, Jr.*

UNITED STATES DISTRICT COURT